**DISMISS and Opinion Filed July 30, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00784-CV**

**IN THE INTEREST OF J.I.O.O. AND J.I.O.O., CHILDREN**

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-52919-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Carlyle
Opinion by Chief Justice Burns

Before the Court is appellant's motion for an extension of time to file his notice of appeal. Appellant appeals from the trial court's February 29, 2024 final decree of divorce. Because appellant filed a timely motion for new trial, the notice of appeal was due on May 29, 2024 or, with an extension motion, June 13, 2024. *See* TEX. R. APP. P. 26.1(a) (providing ninety-day deadline for filing notice of appeal), 26.3 (providing for fifteen-day extension of time to file notice of appeal). Appellant filed a notice of appeal on July 1, 2024, eighteen days past the last possible due date.

In his motion, appellant asks that we allow his late-filed appeal. However, this Court lacks the authority to do so. *See id*. 2 (appellate court cannot suspend rules to alter time for perfecting appeal); *Mitschke v. Borromeo*, 645 S.W.3d 251, 260 (Tex. 2022) ("[T]he absence of a timely notice of appeal prevents the appellate court from ever exercising jurisdiction in the first place."). Accordingly, we deny appellant's motion and dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

240784F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE INTEREST OF J.I.O.O. AND J.I.O.O., CHILDREN

No. 05-24-00784-CV

On Appeal from the 470th Judicial District Court, Collin County, Texas Trial Court Cause No. 470-52919-2022.
Opinion delivered by Chief Justice Burns. Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Candace Marie Oyenuga recover her costs of this appeal from appellant Kazim Oladotun Oyenuga.

Judgment entered July 30, 2024